IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CHESTER M. NELSON, JR., | ) | NO.: 18-00160 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: DONALD R. CASSLING |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON March 1, 2018 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, 219 S. Dearborn St., Chicago, Illinois 60604, room 619, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on February 22, 2018, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

Dana O'Brien
*/s/Dana O'Brien*
ARDC# 6256415

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File No. WELLSB-17-41388-2

## **NOTICE OF MOTION ADDRESSES**

To Trustee:                                              *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603


To Debtor:
Chester M. Nelson                                        *Served via U.S. Mail*
3244 W. 139TH STREET
Robbins, IL 60472


To Attorney:                                             *by Electronic Notice through ECF*
Ronald B. Lorsch, Esq.
Law Office of Ronald Lorsch
1829 West 170th Street
Hazel Crest, IL 60429


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. WELLSB-17-41388-2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CHESTER M. NELSON, JR. | ) | NO.: 18-00160 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: DONALD R. CASSLING |
| | ) | |

## MOTION TO CONFIRM ABSENCE OF AUTOMATIC STAY

NOW COMES Wells Fargo Bank, N.A. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and in support of its Motion to Confirm Absence of Automatic Stay, stating as follows:

1. On January 04, 2018, the above captioned Chapter 7 was filed.

2. Wells Fargo Bank, N.A. services the first mortgage lien on the property located at 3244 W. 139TH STREET, Robbins, Illinois 60472.

3. The case represents the second filing by the debtor(s), Chester M. Nelson, within one year where a prior case was dismissed.

4. However, Debtor has had 2 prior cases within the last in 16 months, both were dismissed.

5. The Debtor's first case, 16-30747, was filed on September 27, 2016, and dismissed without confirmation on the Trustee's motion on December 21, 2016.

6. The Debtor then filed case, 17 -10594, on April 04, 2017, and dismissed on the Trustee's motion on October 19, 2017.

7. This is the case that triggered the 30 day stay in the instant case.

8. The 30 day stay expired February 3, 2018 without a timely Motion to Extend Stay filed, heard and granted.

9. The previous case was not dismissed pursuant to 11 U.S.C. Section 707 (b).

10. Accordingly, pursuant to 11 U.S.C. Section 362 (c)(3), the Automatic Stay expired in this case on February 3, 2018.

WHEREFORE, YOUR MOVANT respectfully prays that this Court enter an Order confirming, pursuant to 11 U.S.C. Section 362 (c)(3), the automatic stay was not extended pursuant to 11 U.S.C. Section 362 (c) (3), and leave be granted to Wells Fargo Bank, N.A. proceed with foreclosure and eviction of the property located at 3244 W. 139TH STREET, Robbins, Illinois 60472, and for such other and further relief as this Honorable Court deems just.

                                    McCalla Raymer Leibert Pierce, LLC

By:     /s/Dana   O'Brien
          Dana   O'Brien
          Illinois Bar No. 6256415
          Attorney for Creditor
          1 N. Dearborn Suite 1200
          Chicago, IL  60602
          Phone:  (312) 346-9088
          Fax:  (312) 551-4400
          Email: ILpleadings@mrpllc.com